# United States District Court
# Central District of California

| | |
|---|---|
| ONEATHA MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PALISADES COLLECTION, LLC; and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No. 5:13-cv-01268-ODW(SPx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT [13]** |

　　　On February 24, 2014, Plaintiff Oneatha Moore filed a notice of settlement. (ECF No. 13.) Moore requests that the Court permit this case to tarry on the docket for 60 days before the parties file their dismissal. The Court understands that parties want to protect their legal rights in case the other party breaches the settlement agreement. But breach of a settlement agreement gives rise to a separate claim—one distinct from the underlying merits of this action. *See Sharpe v. F.D.I.C.*, 126 F.3d 1147, 1153 (9th Cir. 1997) ("It is beyond cavil that this failure to perform the express terms of the settlement agreement is a breach."). The parties therefore have an adequate, independent remedy to address any potential breach.

The Court **ORDERS** the parties to **SHOW CAUSE** by **Wednesday, March 26, 2014**, why settlement has not been finalized in this matter.  No hearing will be held.  The Court will discharge this Order upon a stipulated dismissal or request for voluntary dismissal.

**IT IS SO ORDERED.**

February 26, 2014

_____
            **OTIS D. WRIGHT, II
            UNITED STATES DISTRICT JUDGE**